JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN SUTTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES APPAREL MART BUILDING LTD, 1 to 10, Inclusive,<br><br>　　　　　Defendant. | Case No.:  CV 11-09967 RGK (FFMx)<br><br>**[~~PROPOSED~~] ORDER RE DISMISSAL WITHOUT PREJUDICE  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff  hereby dismisses the above-captioned matter in its entirety.

Pursuant to California Rules of Court Rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action without prejudice.

DATED:　April 13, 2012　　　　By:　_____

R. GARY KLAUSNER
United States District Judge

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1